# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA
### PITTSBURGH

QUINTEZ TALLEY,               )

                                 )    Civil Action No. 2: 21-cv-0298

           Plaintiff,     )

                                 )    Chief United States Magistrate Judge

           v.              )    Cynthia Reed Eddy

                                 )

PENNSYLVANIA DEPARTMENT   )

OF CORRECTIONS; JOHN E.      )

WETZEL, TRAVIS NAPP, ROBERT  )

McSURDY and PA DEPT. OF      )

GENERAL SERVICES,          )

                                 )

           Defendants.    )

## ORDER

**AND NOW**, this 7th day of February, 2022, for the reasons stated in the Memorandum Opinion filed this day, it is **ORDERED t**hat Defendants' motion to dismiss, which has been converted into a motion for summary judgment on the issue of exhaustion only, is **GRANTED**.

The Clerk of Court is directed to mark this case **CLOSED**.


                          s/Cynthia Reed Eddy

                          Cynthia Reed Eddy

                          Chief United States Magistrate Judge

cc:    QUINTEZ TALLEY
       KT5091
       SCI Fayette
       50 Overlook Drive
       LaBelle, PA 15450-1050
       (via U.S. First Class Mail)

       Justin A. Gayle
       PA Office of Attorney General
       (via ECF electronic notification)